BROWN GAVALAS & FROMM LLP
Attorneys for Defendants
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC. and
SHIPOWNERS CLAIMS BUREAU, INC.
505 Fifth Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GREAT LAKES INSURANCE SE
IN ITS OWN RIGHT AND/OR AS
SUBROGEE OF PACIFIC GULF
SHIPPING CO.,                                                             Case No.: 1:19-cv-10656 (RA)(SLC)

                    *Plaintiff*,

   -against-                                                             **NOTICE OF MOTION TO**
                                                                        **DISMISS THE COMPLAINT**

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.
A/K/A THE AMERICAN CLUB,
SHIPOWNERS CLAIMS BUREAU, INC.,
GEORGE GOURDOMICHALIS, AND
EFSTATHIOS GOURDOMICHALIS,

                    *Defendants*.
-------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Defendants, AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC. and SHIPOWNERS CLAIMS BUREAU, INC., will move this Court before the Honorable Ronnie Abrams, at the United States Courthouse located at 40 Foley Square, New York, New York, at a date and time to be set by the Court, for an Order, pursuant to Rules 9, 12, 37 and 65 of the Federal Rules of Civil Procedure as well as the inherent power of the Court to fashion appropriate remedies for

2

violation of a protective order, dismissing the Complaint in its entirety, awarding attorneys' fees in connection with this motion and granting such further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are required to be served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

Dated: New York, New York
December 12, 2019

                                            BROWN GAVALAS & FROMM LLP
Attorneys for Defendants
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.
A/K/A THE AMERICAN CLUB and
SHIPOWNERS CLAIMS BUREAU, INC.


 s/ Robert J. Brown
Robert J. Brown (RB-9131)
Email: rjb@browngavalas.com
Peter Skoufalos (PS-0105)
Email: pskoufalos@browngavalas.com
Michael P. Naughton (MN-6870)
Email: mpn@browngavalas.com
505 Fifth Avenue
New York, New York 10017
(212) 983-8500