# EXHIBIT L



American Steamship Owners Mutual Protection and Indemnity Association, Inc.
Shipowners Claims Bureau, Inc., Manager
One Battery Park Plaza – 31st Floor
New York, NY 10004, U.S.A.

# ENDORSEMENT

## Class I – Protection & Indemnity Insurance

| VESSEL(S) | IMO NO. | FLAG | GROSS TONNAGE | PORT OF REGISTRY |
|---|---|---|---|---|
| ADAMASTOS | 9087269 | LBR | 39,017 | Monrovia, Liberia |

| MEMBER | POLICY YEAR |
|---|---|
| ADAMASTOS SHIPPING & TRADING S.A. | 2014 |

**TERMINATION - "ADAMASTOS"**

WITH EFFECT FROM JANUARY 8, 2015, COVER HEREUNDER IS TERMINATED BY REASON OF CHANGE OF MANAGEMENT.

ANY OTHER TERMS, CLAUSES AND CONDITIONS OF COVER EVIDENCED BY THE CERTIFICATE OF ENTRY REMAIN UNCHANGED.

ENDORSEMENT NO:   00999004

NEW YORK:   09 January, 2015

BY: _____
AUTHORIZED SIGNATURE

CONFIDENTIAL
AC 008776

American Steamship Owners Mutual Protection and Indemnity Association, Inc.
Shipowners Claims Bureau, Inc., Manager
One Battery Park Plaza – 31st Floor
New York, NY 10004, U.S.A.

THE AMERICAN CLUB

# ENDORSEMENT

## Class II – Freight, Demurrage & Defense Insurance

| VESSEL(S) | IMO NO. | FLAG | GROSS TONNAGE | PORT OF REGISTRY |
|---|---|---|---|---|
| ADAMASTOS | 9087269 | LBR | 39,017 | Monrovia, Liberia |

| MEMBER | POLICY YEAR |
|---|---|
| ADAMASTOS SHIPPING & TRADING S.A. | 2014 |

TERMINATION - "ADAMASTOS"

WITH EFFECT FROM JANUARY 8, 2015, COVER HEREUNDER IS TERMINATED BY REASON OF CHANGE OF MANAGEMENT.

ANY OTHER TERMS, CLAUSES AND CONDITIONS OF COVER EVIDENCED BY THE CERTIFICATE OF ENTRY REMAIN UNCHANGED.

ENDORSEMENT NO:   01000004
NEW YORK:   09 January, 2015   BY: _____
AUTHORIZED SIGNATURE

CONFIDENTIAL
AC 008777