# EXHIBIT M

# Connie Panuthos

| | |
|---|---|
| From: | Ed Horbacz |
| Sent: | Wednesday, January 21, 2015 4:46 PM |
| To: | Evmar Marine Services Ltd. |
| Cc: | Connie Panuthos |
| Subject: | Phoenix Shipping: 'ADAMASTOS' Term Credits |
| Attachments: | 134557.pdf; 134558.pdf |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Dear Argyris,

Following the termination of 'ADAMASTOS' effective 8th Jan, please find attached the applicable pro-rata credit notes.

We trust you will find the attached credit in order, and if you have any questions/comments/concerns please let us know.

Have a good evening.

Kind Regards,

Ed Horbacz
Vice President – Billing/Statistics Analyst
Shipowners Claims Bureau, Inc., Managers for
American Steamship Owners Mutual Protection and Indemnity Association, Inc.
One Battery Park Plaza, 31st Floor
New York, NY 10004
Tel: +212-847-4552 (Direct)
Fax: +212-847-4596
Email: ed.horbacz@american-club.com
ebsite: www.american-club.com

This message is intended only for the individual named and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this email in error please notify us immediately by telephone at +1-212-847-4500 and also indicate the sender's name. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of the e-mail transmission.

CONFIDENTIAL
AC 008768

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel: +1 212-847-4500  
Fax: +1 212-847-4599

Evmar Marine Services Ltd.  
Ionian Building  
Akti Miaouli & 2, II Merarchias Street  
Piraeus 185 35  
GREECE

**Date:** 20 Jan 2015

**Invoice No:** 134557

**For the Account of:** Phoenix Shipping & Trading S.A.  
**Our Reference:** 7412

## ESTIMATED TOTAL PREMIUM RETURN
## CLASS P&I
## FOLLOWING TERMINATION OF ENTRY FROM 08 Jan 2015
## NO OF DAYS PRO RATA 43/365

**REDACTED**

| Vessel | (Risk No) | GT | Annual Rate USD per GT | Return Premium for Period |
|---|---|---|---|---|
| ADAMASTOS | (86878) | 39,017 | ■ | ■ |

| Total | | USD | ■ |
|---|---|---|---|

| Due Dates | | | Amount |
|---|---|---|---|
| 20 Jan 2015 | | USD | ■ |

| Additional Details: |
|---|
|  |

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ABA: 021-001-033  
Wire transfers made through a bank outside the U.S.: SWIFT: BKTRUS33 or CHIPS: 0103  
In both cases, funds should be indicated as being for the credit of:  
Account Name: American Steamship Owners P&I Assn. Inc.  
Account Number: 00-700-269

CONFIDENTIAL  
AC 008769

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel: +1 212-847-4500  
Fax: +1 212-847-4599

Evmar Marine Services Ltd.  
Ionian Building  
Akti Miaouli & 2, II Merarchias Street  
Piraeus 185 35  
GREECE

Date: 20 Jan 2015

Invoice No: 134557

**For the Account of:** Phoenix Shipping & Trading S.A.  
**Our Reference:** 7412

### ESTIMATED TOTAL PREMIUM RETURN (BROKERAGE)
### CLASS P&I
### FOLLOWING TERMINATION OF ENTRY FROM 08 Jan 2015
### NO OF DAYS PRO RATA 43/365

**REDACTED**

| Vessel | (Risk No) | GT | Annual Rate USD per GT | Return Premium for Period |
|---|---|---|---|---|
| ADAMASTOS | (86878) | 39,017 | | |

| Total Premium | USD | |
|---|---|---|
| Brokerage at ▉ on - ▉ | USD | |

| Due Dates | | Amount |
|---|---|---|
| 20 Jan 2015 | USD | |

| Additional Details: |
|---|
| |

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ABA: 021-001-033  
Wire transfers made through a bank outside the U.S.: SWIFT: BKTRUS33 or CHIPS: 0103  
In both cases, funds should be indicated as being for the credit of:  
Account Name: American Steamship Owners P&I Assn. Inc.  
Account Number: 00-700-269

CONFIDENTIAL  
AC 008770

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel: +1 212-847-4500  
Fax: +1 212-847-4599

Evmar Marine Services Ltd.  
Ionian Building  
Akti Miaouli & 2, II Merarchias Street  
Piraeus 185 35  
GREECE

**Date:** 20 Jan 2015

**Invoice No:** 134558

**For the Account of:** Phoenix Shipping & Trading S.A.  
**Our Reference:** 7597

### ESTIMATED TOTAL PREMIUM RETURN
### CLASS FD&D
### FOLLOWING TERMINATION OF ENTRY FROM 08 Jan 2015
### NO OF DAYS PRO RATA 43/365

**REDACTED**

| Vessel | (Risk No) | GT | Annual Premium | Return Premium for Period |
|---|---|---|---|---|
| ADAMASTOS | (86885) | 39,017 | ■ | ■ |

| | Total | USD | ■ |
|---|---|---|---|

| Due Dates | | | Amount |
|---|---|---|---|
| 20 Jan 2015 | | USD | ■ |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ABA: 021-001-033  
Wire transfers made through a bank outside the U.S.: SWIFT: BKTRUS33 or CHIPS: 0103  
In both cases, funds should be indicated as being for the credit of:  
Account Name: American Steamship Owners P&I Assn. Inc.  
Account Number: 00-700-269

**CONFIDENTIAL**  
**AC 008771**

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel: +1 212-847-4500  
Fax: +1 212-847-4599

Evmar Marine Services Ltd.  
Ionian Building  
Akti Miaouli & 2, II Merarchias Street  
Piraeus 185 35  
GREECE

Date: 20 Jan 2015

Invoice No: 134558

**For the Account of:** Phoenix Shipping & Trading S.A.  
**Our Reference:** 7597

### ESTIMATED TOTAL PREMIUM RETURN (BROKERAGE)
### CLASS FD&D
### FOLLOWING TERMINATION OF ENTRY FROM 08 Jan 2015
### NO OF DAYS PRO RATA 43/365

**REDACTED**

| Vessel | (Risk No) | GT | Annual Premium | Return Premium for Period |
|---|---|---|---|---|
| ADAMASTOS | (86885) | 39,017 | ▮ | ▮ |

| Total Premium | | USD | ▮ |
|---|---|---|---|
| Brokerage at ▮ | on - | USD | ▮ |

| Due Dates | | | Amount |
|---|---|---|---|
| 20 Jan 2015 | | USD | ▮ |

| Additional Details: |
|---|
| |

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ABA: 021-001-033  
Wire transfers made through a bank outside the U.S.: SWIFT: BKTRUS33 or CHIPS: 0103  
In both cases, funds should be indicated as being for the credit of:  
Account Name: American Steamship Owners P&I Assn. Inc.  
Account Number: 00-700-269

CONFIDENTIAL  
AC 008772