**BROWN GAVALAS & FROMM LLP**
505 FIFTH AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE
_____

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739


HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

December 17, 2019

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Great Lakes Insurance SE v. American Steamship Owners Mutual Protection and Indemnity Association Inc., et al.*
              Case No.: 1:19-cv-10656-RA-SLC
              Our File: 1545.0083

Dear Judge Abrams:

      We are counsel for Defendants, American Steamship Owners Mutual Protection & Indemnity Association, Inc. (the "Association") and Shipowners Claims Bureau, Inc. ("SCB," collectively with the Association the "American Club"), in the above-referenced action. We write with respect to Your Honor's December 10, 2019 Order [Dkt. 18] concerning the sealing of certain exhibits to the American Club's motion to dismiss.

      On December 12, 2019, the American Club filed its pre-answer Motion to Dismiss the Complaint (the "Motion"). [Dkts. 19-21] The American Club did not submit any exhibits to the Motion that it seeks to have sealed. The American Club believes the Motion stands on its own and, as a result, at this time, it is not necessary to submit the protected confidential documents as exhibits.

      Accordingly, the American Club is not currently seeking to submit any documents under seal. Should the American Club seek to file any documents under seal in the future, the American Club will provide the Court with the reasoning for why, under the standard set forth in *Lugosch v Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), sealing such

**BROWN GAVALAS & FROMM LLP**

Judge Ronnie Abrams
December 17, 2019
Page 2

documents would be justified.

                                                Respectfully submitted,

                                                BROWN GAVALAS & FROMM LLP

                                                Robert J. Brown

cc:    Counsel of Record (via ECF)