

**CHALOS & CO, P.C.**
International Law Firm
_____

55 Hamilton Avenue, Oyster Bay, New York 11771

TEL: +1-516-714-4300 • FAX: +1-516-750-9051 • WEB: www.chaloslaw.com • EMAIL: info@chaloslaw.com

January 27, 2020

*Via ECF*

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/20
```

**MEMO ENDORSED**

The Honorable Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, NY 10007
Telephone: 212-805-0284

Re: ***Great Lakes Insurance SA in its Own Right and/or as Subrogee of Pacific Gulf Shipping Co. v. American Steamship Owners Mutual Protection and Indemnity Association, Inc., et al.***
**Case No. 1:19-cv-10656**
Joint Letter re: Adjournment of Initial Conference
Chalos & Co. Ref: 2511.001

Dear District Judge Abrams:

In accordance with the Court's Order issued on January 22, 2020(DE 37), the parties respectfully submit this Joint Letter concerning the rescheduling of the initial status conference. The parties have conferred and jointly request the adjournment of the initial status conference until after the Court rules on the pending threshold motions to dismiss filed by Defendants in this action.

In advance, we thank the Court for its attention and assistance in this matter.

1



Respectfully submitted,

| | |
|---|---|
| CHALOS & CO, P.C. | BROWN GAVALAS & FROMM LLP |
| /s/ [signature] | /s/ Robert J. Brown (by written permission) |
| George M. Chalos, Esq. | Robert J. Brown (RB-9131) |
| Briton P. Sparkman, Esq. | Email: rjb@browngavalas.com |
| Margaret L. Manns, Esq. | Peter Skoufalos (PS-0105) |
| 55 Hamilton Avenue | Email: pskoufalos@browngavalas.com |
| Oyster Bay, New York 11771 | Michael P. Naughton (MN-6870) |
| Tel: 516-714-4300 | Email: mpn@browngavalas.com |
| Fax: 516-750-9051 | 505 Fifth Avenue |
| Email: gmc@chaloslaw.com | New York, NY 10017 |
| bsparkman@chaloslaw.com | Tel: (212) 983-8500 |
| mmanns@chaloslaw.com | |

*Attorneys for Plaintiff Great Lakes Insurance SE in its own right and/or as subrogee of Pacific Gulf Shipping Co.*

*Attorneys for Defendants American Steamship Owners Mutual Protection and Indemnity Association Inc. and Shipowners Claims Bureau Inc.*

**BLANK ROME LLP**

/s/ Lauren B. Wilgus (by written permission)
William R. Bennett, III
Lauren B. Wilgus
1271 Avenue of the Americas
New York, New York 10020
Tel.: (212) 885-5000
WBennett@BlankRome.com
LWilgus@BlankRome.com

*Attorneys for Defendants
George Gourdomichalis and
Efstathios Gourdomichalis*

---

Application granted. The initial conference in this action is hereby adjourned *sine die* pending the resolution of Defendants' motions to dismiss.

SO ORDERED.

Hon. Ronnie Abrams
1/28/2020

---

cc: ***Via Email Only***

*All Counsel of Record*

2

www.chaloslaw.com