UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT LAKES INSURANCE SE *in its own right and/or as Subrogee of Pacific Gulf Shipping Co.*,

                Plaintiff,

v.

AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION INC. *also known as* THE AMERICAN CLUB, SHIPOWNERS CLAIMS BUREAU INC., GEORGE GOURDOMICHALIS, AND EFSTATHIOS GOURDOMICHALIS,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/9/2020

19-CV-10656 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than June 16, 2020, the parties shall submit supplemental letter briefs on the pending motions to dismiss, not to exceed five pages, addressing the Court's subject matter over this action. Specifically, the parties shall address whether and to what extent Plaintiff has satisfied the two-part test for admiralty tort jurisdiction, as articulated most recently in *Jerome B. Grubart, Inc. v. Great Lakes Dredge & Dock Co.*, 513 U.S. 527 (1995), including but not limited to describing the "general type of incident involved" in this action, as well as the "general character of the activity giving rise to the incident." *See also In re Petition of Germain*, 824 F.3d 258, 269-70 (2d Cir. 2016); *Tandon v. Captain's Cove Marina of Bridgeport, Inc.*, 752 F.3d 239, 248 (2d Cir. 2014).

SO ORDERED.

Dated:    June 9, 2020
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge