UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT LAKES INSURANCE SE *in its own right and/or as Subrogee of Pacific Gulf Shipping Co.*,

                Plaintiff,

v.

AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION INC. *also known as* THE AMERICAN CLUB, SHIPOWNERS CLAIMS BUREAU INC., GEORGE GOURDOMICHALIS, AND EFSTATHIOS GOURDOMICHALIS,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-17-20

19-CV-10656 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold oral argument via telephonic conference on the pending motions to dismiss on June 30, 2020 at 2:30 p.m.

    The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

    This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    June 17, 2020
               New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge