UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT LAKES INSURANCE SE in its own
Right and/or as Subrogee of Pacific Gulf
Shipping Co.,

                        Plaintiff,

    -against-

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION INC. also known as THE
AMERICAN CLUB, SHIPOWNERS CLAIMS
BUREAU INC., GEORGE GOURDOMICHALIS,
AND EFSTATHIOS GOURDOMICHALIS,

                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

19 CIVIL 10656 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2020, Defendants' motions to dismiss are granted and this action is dismissed for lack of subject matter jurisdiction. Because any proposed amendment would be futile in light of the deficiencies identified in the Opinion, Plaintiff's request for leave to amend the Complaint is denied; accordingly, this case is closed.

**Dated:** New York, New York

        August 6, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**